IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. |
| v. | : | |
| | : | |
| JAMES M. ROBAR, | : | VIOLATION: |
| | : | |
| Defendant. | : | 26 U.S.C. § 7201 (Tax Evasion) |
| | : | |

## INFORMATION

The United States Attorney charges that:

### Introduction

At all times relevant to this Information:

1. JAMES M. ROBAR, the defendant, was a United States citizen who lived in Colorado Springs, Colorado; Dubai, United Arab Emirates; Salalah, Oman; Geneva, Switzerland; or Kabul, Afghanistan. After leaving the United States Army in 2008, ROBAR was employed by an aviation logistics firm in Dubai. Starting in or about February 2012, ROBAR was employed by a United States Department of Defense contractor ("Company-1") as the "country manager" in Kabul, Afghanistan. ROBAR transferred to Dubai with the same company in or about early 2015. ROBAR became Managing Director (functionally the Chief Executive Officer) of Company-1 in or about August 2015, and he filled that position until in or about February 2021.

2. JAMES M. ROBAR, the defendant, was paid the majority of his compensation via wire transfers to a domestic bank account. From in or about August 2012 until at least in or about January 2017, ROBAR also received so-called "in country" cash payments. In total,

2

ROBAR received compensation of more than $5.5 million from February 2012 through December 2019, including approximately $3.3 million in bonus income. In 2020, ROBAR purchased two pieces of real estate in Colorado that he placed in his spouse's name at a time when he knew and understood that he owed significant taxes to the U.S. government.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

4. United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service ("IRS"). On said return, United States taxpayers were obligated to report their worldwide income.

5. JAMES M. ROBAR, the defendant, willfully failed to file timely U.S. Individual Income Tax Returns for the tax years 2012 through 2019 and failed to report his income from Company-1 on a U.S. income tax return for those same years, as required.

6. From 2012 to 2019, ROBAR willfully failed to report the following amounts of gross income and pay the following amount of taxes due and owing:

| Tax Year | Due Date of Tax Return | Omitted Gross Income | Tax Due and Owing |
|---|---|---|---|
| 2012 | April 17, 2013 | $242,500.00 | $39,506.00 |
| 2013 | April 18, 2014 | 250,000.00 | 41,685.00 |
| 2014 | April 15, 2015 | 370,000.00 | 81,737.00 |
| 2015 | April 18, 2016 | 460,000.00 | 111,976.00 |
| 2016 | April 18, 2017 | 720,000.00 | 216,157.00 |
| 2017 | April 17, 2018 | 930,000.00 | 298,793.00 |
| 2018 | April 15, 2019 | 1,075,000.00 | 322,335.00 |
| 2019 | July 15, 2020 | 1,510,000.00 | 481,002.00 |

| | | | |
|---|---|---|---|
| **Total** | | **$5,557,500.00** | **$1,593,191.00** |

7. For the tax years 2016 through 2019, JAMES M. ROBAR engaged in affirmative acts constituting an attempt to evade or defeat assessment or payment of taxes.

## COUNT ONE

8. Paragraphs 1 through 7 of the Introduction are realleged and incorporated fully herein by reference.

9. From at least in or about March 2016 through in or about April 2020, in the District of Colorado and elsewhere, the defendant, JAMES M. ROBAR, willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by him to the United States in the amounts and for the calendar years set forth below by various means, including among others:

   a) Delaying receipt of bonus income by maintaining it in a foreign corporate bank account; and

   b) Providing false and incomplete information to a tax return preparer he had hired to prepare delinquent income tax returns.

10. ROBAR failed to report the following amounts of gross income and pay the following amount of taxes due and owing for the tax years 2016 through 2019 in the course of willfully attempting to evade or defeat taxes or the payment thereof:

| Tax Year | Due Date of Tax Return | Omitted Gross Income | Tax Due and Owing |
|---|---|---|---|
| 2016 | April 18, 2017 | 720,000.00 | 216,157.00 |
| 2017 | April 17, 2018 | 930,000.00 | 298,793.00 |

4

| | | | |
|---|---|---|---|
| 2018 | April 15, 2019 | 1,075,000.00 | 322,335.00 |
| 2019 | July 15, 2020 | 1,510,000.00 | 481,002.00 |
| | | | |
| **Total** | | **$4,235,000.00** | **$1,318,287.00** |

(Title 26, United States Code, Section 7201)

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *(signature)*
Leslie A. Goemaat
Assistant United States Attorney
MA Bar No. 676695
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6971
Leslie.Goemaat@usdoj.gov

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: *(signature)*
Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
150 M Street, N.E., Room 1.107
Washington, D.C. 20002
(202) 514-8030
Nanette.L.Davis@usdoj.gov